THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE DOLE, Respondent, *v.* THE TOWN BOARD OF THE TOWN OF HAMBURG, Appellant.

*People ex rel. Dole* v. *Town Board of Hamburg*, 127 App. Div. 948, affirmed. (Argued October 2, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 7, 1908, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to commence condemnation proceedings against the relator.

*Edward Hance Letchworth* for appellant.

*Thomas R. Stone* for respondent.

Order affirmed, with costs, on the opinion of HAIGHT, J., in *Smith* v. *Boston & Albany R. R. Co.* (181 N. Y. 132).

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.